UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **STATE FARM FIRE &**  **CASUALTY CO.** | **CIVIL ACTION NO. 07-1285** |
| **VERSUS** | **JUDGE MELANÇON** |
| **PETER R. LAFURIA,** *ind.*  **SHARON LAFURIA,** *ind.*  **PETER R. LAFURIA, M.D.,**  **A PROFESSIONAL MED. CORP.** | **MAGISTRATE JUDGE METHVIN** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge Mildred E. Methvin for a Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss is **GRANTED** and plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

Lafayette, Louisiana this 6th day of January, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE